**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1461

BARTOLA J. PACETTI,

            Plaintiff - Appellant,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security
Administration; MARY HOLT,

            Defendants – Appellees,

      and

MARK S. MILLARD, Judge; ALAN CARLSON; ATTORNEY GENERAL OF THE
UNITED STATES; UNITED STATES ATTORNEY FOR EASTERN DISTRICT OF
VIRGINIA; STATE OF CALIFORNIA OFFICE OF ATTORNEY GENERAL; KATHY
RICCI,

            Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:11-cv-01293-LO-TCB)

Submitted: July 20, 2012          Decided: August 9, 2012

Before DAVIS, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bartola J. Pacetti, Appellant Pro Se. Julie Ann Edelstein, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bartola J. Pacetti seeks to appeal the district court's order granting the motion to dismiss the claims against Defendants Michael J. Astrue and Mary Holt. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Pacetti seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Moreover, a review of the district court's docket does not indicate that the court had issued its final judgment before we considered this appeal. Cf. In re Bryson, 406 F.3d 284, 289 (4th Cir. 2005); Equip. Fin. Grp., Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347-48 (4th Cir. 1993). Accordingly, we grant the motion to dismiss the appeal, deny Pacetti leave to proceed in forma pauperis and his pending motions, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED